**United States District Court**
For the Northern District of California

1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   HENRI BALLA,                                    No. C 11-02663 WHA

11                   Plaintiff,

12        v.

13   NORTHWEST TRUSTEE SERVICES,          **ORDER TO SHOW CAUSE**
     INC., CHASE HOME FINANCE, LLC,
14   U.S. BANK NATIONAL ASSOCIATION,
     BNC MORTGAGE LOAN TRUST
15   2007-2, Mortgage Pass-Through
     Certificates, Series 2007-2,
16
                 Defendants.
17   _____/

18

19        Defendants are moving to dismiss the complaint (Dkt. No. 11).  Pursuant to Civil Local

20   Rule 7-3, any brief in opposition to defendants' motion was due on July 22, 2011, but no such

21   opposition has been received.  Plaintiff Henri Balla is ordered to respond by **AUGUST 19, 2011**,

22   and show cause for his failure to respond to the motion.  This order to show cause does not

23   constitute permission to file a late opposition.  The hearing on August 18, 2011, is **VACATED**.  A

24   new hearing shall be noticed by the Court if necessary.  If plaintiff does not respond by August

25   19, this case will be dismissed for failure to prosecute.

26        **IT IS SO ORDERED.**

27

28   Dated: July 26, 2011.

                                                   _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE