IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRI BALLA,

    Plaintiff,

  v.

NORTHWEST TRUSTEE SERVICES, INC., CHASE HOME FINANCE, LLC, U.S. BANK NATIONAL ASSOCIATION, BNC MORTGAGE LOAN TRUST 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,

    Defendants.

No. C 11-02663 WHA

**ORDER OF DISMISSAL**

    Defendants moved to dismiss the complaint (Dkt. No. 11). Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on July 22, 2011, but no such opposition was received. On July 26, plaintiff was ordered to show cause why the action should not be dismissed for failure to prosecute. Plaintiff was ordered to respond by August 19, but no response has been received. Plaintiff was explicitly warned: "If [he] does not respond by August 19, this case will be dismissed for failure to prosecute." As plaintiff — after being clearly warned that dismissal was imminent — has failed to prosecute this action, it is **DISMISSED**. Judgment will be entered in favor of defendants and against plaintiff.

    **IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE