IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRI BALLA,

    Plaintiff,

v.

NORTHWEST TRUSTEE SERVICES, INC.,
CHASE HOME FINANCE, LLC, U.S. BANK
NATIONAL ASSOCIATION, BNC
MORTGAGE LOAN TRUST 2007-2, Mortgage
Pass-Through Certificates, Series 2007-2,

    Defendants.
    /

No. C 11-02663 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Northwest Trustee Services, Inc., Chase Home Finance, LLC, U.S. Bank National Association, and BNC Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, and against plaintiff Henri Balla. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE